FAITH N NEWTON
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863
December 19t 2021

Honorable Mark L. Wolf.
John Joseph Moakley
U.S Courthouse
One Courthouse Way
Suite 2300
Boston, Massachusetts 02210
3rd Floor, Courtroom 2

Dear Honorable M. WOLF.

## WHY I AM REACHING OUT TO YOU YOUR HONAR.

After some research, I elected to write to you, Judge Wolf, because of your track record for advocating for and upholding Constitutional Rights for all. (e.g) "Calderon Jimenez v. Cronen 317 F. 3d. 626." I implore you to read this entire letter and know what I am telling you is absolute truth as I know it to be. "I Read a letter from you to Honarable Eric H. Holder. "your a true Judge"
My Story, I was born in small village in KENYA, called "Karimari" which means "up the hill," in 1968, I graduated primary school, then Secondary School, with good grades. My uncle was so pround of me and invited me to come to New Jersey to visit him and his family. He bought me a ticket and I arrived in New York on July 24 1988 I was 20 years old, instead of going back

to Kenya, & my uncle Erastus Muchioki supported me with college funds at Hudson Community College in Jersey city were by a got student visa. As I attend college, I also worked at fast food place "Mac.Donald. Late 1989 I moved to Massachussetts with friends attended college and also worked as C.N.A in the nursing home. Sometimes, I worked two jobs and took class in college. In 1995 I became permanent resident of United States and 2005 I was Naturalized and sworn in American Citizen. 2002 I graduated at Northernesex Community College and became L.P. Nurse Then 2009 graduated again and became Registered nurse. When I became a Registered nurse, ~~I worked~~ ~~was~~ I was on demand and continued to work two jobs, did real estate and help many in the community to buy homes. I also worked for the government at Bedford VA Hospital has Registered charge nurse for three and half years. I'm married with two children. Son and daughter my daughter turned 17th in august and my son turned 21 in july. I missed both a birthdays because I was incarcerated on January 31st 2021, Denied Bond and government moved to dentain me pending trial. on ground that I'm danger to the community and serious flight risk. The magistrate judge disagreed with the government ~~about~~ that ~~indanger to the community~~ that I'm danger to the community

and requested for Secured bond and it should be Secured by property. My family and friends give up their property 5 property worth 2 million value and 950,000 in equity that was denied on March 11 2021. Appeal was filed on April 16th 2021 with trial Judge which was denied on July 8, 2021. Appeal was then filed with court of appeal on August 2nd 2021 court of appeal indicated that they could not change Trial Judge orders, That was Oct 4th 2021.

I have been Traumatized by the decision of all those Judges, my family is also Traumatized friends and Community as well. As of today december 19th 2021, I have been detained for 322 days. The Community, ~~to Family~~, Friends everyone is asking (where is the justice?) I'm Christian, Church member for church of 850 plus members, I'm very active member in the Community, Never been arrested or charged with crime. always working and creating Jobs for American Citizens. Your honor my heart is ~~wounded~~ ~~withinne~~ wounded with in me and that's why I'm turning ~~to you~~ myself to you for I have read lot of your cases and prayed to God that he may give me words to speak to someone who will listen ~~to~~ without been bais or perjudice and that person is you. Please do not turn your ear a way from my cry for Justice. I have read so many of your ruling with positive results

(e.g) nguyen v. united state, united states v. Sampson united states v. Simone 2008, united stats v. Digramo united states v. patriarca, Barone v. united States. " your international Endeavors, Anti-Corruption. etc.

In this detention facility we only have access to Bible and law library to read on the tablet which is a good thing because law and bible works well together.

## Conditions at Wyatt detention.

The conditions at Wyatt Detention Center for women are extraordinarily harsh, especially for pretrial detainees who are innocent until proven guilty by the court of law. We spend our days with little to no programming, having nothing to do and no ability to see the outside. Some fellow detainees have been here for years without leaving the pod. I mean 4 years, 3 years, 2 years, most of them Immigrant with language barrier, where is the Justice? Please help us your Honor. Most importantly are the continues gross violations of my constitutional rights by the prosecution, my defense attorney, and this jail. My defense attorney has, without my knowledge or approval, continued my case repeatedly, resulting in my detention since my arrest on January 31st 2021 to January 5th 2022. and when I ask him to file a motion for me to be heard by the court, he told me no Judge will listen to me not unless I want to plea guilty. How do I plead guilty for loss of 100 million dollars made up false loss by the prosecution? In healthy care conspiracy fraud case and I'm been threated to go to prison for (20-25 years) that life and I'm not been given a change to be heard. I have been



In Jail for all most a year. I did not recieve any discovery in my case until November 8th 2021, where according according to the prosecution, I received only a tiny fraction of discovery 1% of 2.1 million pages of the patient medical records. All legal mail is opened by jail before delivery to detainess and I believe, based on careful review of the discovery that was provided to me has been fraudulently falsified. I undestand that this a serious accusation, your honor, but facts are discoverable upon a review of what has been provided to me. As an example, there are statements provided to Special Agent and FBI as part of my discovery by individuals that I know never asset the patient because they never worked for the company, the Goverment even send me list of witness who are dead, many years ago. There are many other examples that I am able to provide but cannot get my attorney or anyone to listen to me. I am writting to you with hope that your court can protect my constitutional right and give me a chance to be heard. I feel like I'm been discriminited based on nath "national of origin because I was not born in this Country and that's a violation of Amendment 14. also my Fourth and Six Amendment have been violated and I have the facts. The prosecution, FBI, lawyers and Judges are involved sorry to say but that's how I feel. How can I be denied Bond based on false accustions, denied access to Court, denied descovery, denied home

Home confiniment so that I may prepare for Fair trial? and kept in jail for 320 days This is unconstitutional your Honor, Please do not be silence. I,m born again Christian I,m not doing this for attention It is true story. As you wrote on Calderon Jimenez, "all men are created equal that they are endowed by their Creator with certain unalienable rights and among these is LIBERTY" Please ~~btw~~ for the interest of justice, Please help me get justice and reunite me with my family. Any unjustified loss of liberty for even another day would be a painful form of irreparable harm to me and my family and we are all united State citizen.

Lastly: I read about your international endeavors "Human right" and Anti-corruption J. Githongo corruption has opened the door to al-Shabaab Kenya. Can you imagine I am been detained so I do not flee to Kenya and not show up to court. I have been in this country for 33 years and travelled to Kenya five time. The corruption there is to much I cannot move back there and why would I walk away from my family ~~for~~ and leave whatever I have worked for here (e.g) All my bank accounts are frozen and all my properties. I do not know how law works but I must say that I and several women here in the jail are in the same situation need help. If possible I would please ask in the interest of justice, that you assign

(The things you have done) [margin note pointing to "Anti-corruption"]

a trusted attorney to meet with my/us and investigate, and help my clear our name & the abuse of power by court and government officials is egregious especially in my case. There is a woman here being unconstitutional detained for whom you are her district Judge "(I mention to her after I did my research about you and asked me if I write a letter to you that I must mention about her to you because she is scared to say anything because is from Brazil.) So I have her permission to say some of what's happening to her)" The lady has never been before you She has been detained for 8 month and still counting just like me. The prosecution and defense attorney in her case purposefully prevent her from coming before you and although evidense and warrants in her case are also fraudulent her defense attorney continues to pressure her telling her " you cannot win against the government. Judge Wolf in the name of interest of justice, please investigate these claims. We need your just way help. LAW AND ORDER. for us it has been UNLAWFULL AND DISORDERLY.
    Best regard
Hope to hear from you soon.
    fn/ewton · DEC 19 2021 7pm.
FAITH N NEWTON - Writting from Jail cell, 11. Wyatt dention Center RI