UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

FAITH NEWTON,

   Defendant.

1:21-cr-10035-ADB

**DEFENDANT FAITH NEWTON'S WITNESS LIST**

Defendant Faith Newton submits the following list of individuals she may call as witnesses in the trial of this case. Newton reserves the right to supplement or amend this list, including the right to withdraw any witness. This list does not include witnesses that may be called in rebuttal to the government's case.

1. Cantone, Erin – Dracut, MA
2. Estrella, Willmarie – Lowell, MA
3. Ekeh-Muturi, Rebecca – Lowell, MA
4. Kamami, Nancy – Lowell, MA
5. Kiboi, Gladys – Lowell, MA
6. Lao, Barbara – Nashua, NH
7. Maxwell, Dana – Abington, MA
8. Mwaniki, Judy – Haverhill, MA
9. Njenga, Aloise – Andover, MA
10. Wachira, Peter – Lowell, MA
11. Waitathu, Joseph – Lowell, MA
12. Wangi, Phyllis – Springfield, MA

13. Waweru, Abraham – Woburn, MA

> Respectfully submitted,
>
> */s/ George W. Vien*
> George W. Vien (BBO # 547411)
> Michelle R. Pascucci (BBO #690889)
> Nathaniel R.B. Koslof (BBO # 691094)
> David Kete (BBO # 690415)
> DONNELLY, CONROY & GELHAAR, LLP
> 260 Franklin Street, Suite 1600
> Boston, Massachusetts 02110
> (617) 720-2880
> gwv@dcglaw.com
> mrp@dcglaw.com
> nrbk@dcglaw.com
> djk@dcglaw.com
>
> *Counsel for Faith Newton*

Dated: March 31, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on March 31, 2023.

> */s/ David Kete*
> David Kete