UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-cr-10035-ADB |
| v. ) | |
| ) | |
| FAITH NEWTON ) | |

### GOVERNMENT'S AMENDED WITNESS LIST

The United States respectfully submits this amended list of witnesses it anticipates calling in its case-in-chief. The United States reserves the right to supplement or further amend this list.

1. Arrey, Regina – Billerica, MA
2. Belmarsh, Adam – U.S. Customs and Border Patrol, Officer
3. Castro, George – North Andover, MA
4. Cleverly, Alina – IRS, Special Agent
5. Doherty, Stephen – Windham, NH
6. Dossa, Almas – MassHealth
7. Eaton, Anthony – Andover, MA
8. Gavin, Cindy – Rowley, MA
9. Gonzalez, Ana Rosa – Bridgeport, CT
10. Gorn, Joel – Lawrence, MA
11. Gutierrez, Mariel – Andover, MA
12. Hussain, Syed – Lowell, MA
13. Keefe Tyrell, Patricia – Chelmsford, MA
14. Marrier, Ashleigh – Nashua, NH
15. Muchioki, Amanda – Rochester, NY
16. Njonjo, Rebecca – Brockton, MA

17. O'Donoghue, Adriana – Petal, MS

18. Andrew Olowu – Dallas, TX (Custodian of Records – Axxess)

19. Ouko, Joseph – Lowell, MA

20. Quintana, Airanisse – Leesburg, FL

21. Sech, Helen – Lowell, MA

22. Shoemaker, Alena – Lebanon, NH

23. Touch, Chhan – Lowell, MA

24. Waruru, Winnie – Lowell, MA

25. Wisnaskas, Scott – HHS-OIG, Special Agent

Date:  June 23, 2023

Respectfully submitted,

UNITED STATES OF AMERICA,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Chris Looney*
WILLIAM B. BRADY
CHRISTOPHER R. LOONEY
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  */s/ Chris Looney*
                                                  Christopher R. Looney
                                                  Assistant United States Attorney

Dated: June 23, 2023