UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-cr-10035-ADB |
| v. ) | |
| ) | |
| FAITH NEWTON ) | |

## GOVERNMENT'S WITNESS LIST

The United States respectfully submits this list of witnesses it anticipates calling in its case-in-chief. The United States reserves the right to supplement or further amend this list.

1. Arrey, Regina – Billerica, MA
2. Doherty, Stephen – Windham, NH
3. Dossa, Almas – MassHealth
4. Eaton, Anthony – Andover, MA
5. Forrest, McKenna – U.S. Attorney's Office (Paralegal)
6. Gavin, Cindy – Rowley, MA
7. Gorn, Joel – Lawrence, MA
8. Horan, Bridget – FBI Forensic Accountant
9. Hussain, Syed – Lowell, MA
10. Keefe Tyrell, Paula – Chelmsford, MA (via prior testimony)
11. Serafim, Ashleigh (formerly Ashleigh Marrier) – Nashua, NH
12. Muchioki, Amanda – Rochester, NY
13. O'Donoghue, Adriana – Petal, MS
14. Olowu, Andrew – Dallas, TX (Custodian of Records – Axxess)
15. Ouko, Joseph – Lowell, MA
16. Peters, James J. – Customs & Border Protection Record Custodian

17. Powell, Lisa Reynolds – Sunbury, OH

18. Quintana, Airanisse – Leesburg, FL (via prior testimony)

19. Rivera-Colon (Gonzalez), Ana Rosa – Bridgeport, CT

20. Sech, Helen – Lowell, MA

21. Shoemaker, Alena – Lebanon, NH

22. Touch, Chhan – Lowell, MA

23. Waruru, Winnie – Lowell, MA

24. Wisnaskas, Scott – HHS-OIG, Special Agent

Date: January 10, 2024

Respectfully submitted,

UNITED STATES OF AMERICA,

JOSHUA S. LEVY
Acting United States Attorney

*/s/ Chris Looney*
WILLIAM B. BRADY
CHRISTOPHER R. LOONEY
Assistant U.S. Attorneys

2

**CERTIFICATE OF SERVICE**

    Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Chris Looney*
Christopher R. Looney
Assistant United States Attorney

Dated: January 10, 2024