**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 21-CR-10035 |
| DEFENDANT | TYPE OF PROCESS |
| FAITH NEWTON | SERVICE OF SUBPOENA |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ATRIUS HEALTH C/O CT CORPORATION SYSTEM
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
155 FEDERAL STREET, SUITE 700, BOSTON, MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Christina Lindberg
clindberg@msdefenders.com
Miner Siddall, 101 Federal St., Suite 650, Boston, MA 02110

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please serve as soon as possible - trial set for July 8, 2024.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-202-5830
DATE: 6/6/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Tasha Mann Intake Specialist
Date: 7/1/2024   Time: 10 00  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS:
1 DUSM
1 HOUR
1 mile

Form USM-285
Rev. 03/21